**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

August 18, 2015

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Dick v. Enhanced
      15 CV 2631 (RRM) (SMG)

Dear Chief Magistrate Judge Gold:

I represent the plaintiff in the above matter.  Your Honor had ordered the plaintiff to appear in person at the initial conference and a representative of the defendant with full settlement authority.  Subsequently, on August 14, 2015 Your Honor ordered the defendant's principal to appear via telephone.  While my client understands that he has been ordered to appear in person and will do so, he has a low income job and will lose money for taking off from work.  Therefore, plaintiff requests that he be granted leave to appear via telephone as well.

The defendant has consented to this request.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   John G. McCarthy, Esq.