UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
YITZCHOK DICK,

        Plaintiff,                                **JUDGMENT**
                                                        15-CV-2631 (RRM) (SMG)
       -against-

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.
-------------------------------------------------------------x

      A Memorandum and Order having been filed this day granting defendant's Motion to

Dismiss, it is hereby

      ORDERED, ADJUDGED and DECREED that plaintiff take nothing from defendant, and

this case is dismissed.


Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       September 28, 2016

                                                      _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge